IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN BALDWIN,

        Plaintiff,                  No. 2:09-cv-1429 JFM (PC)

    vs.

THOMPSON, et al.,

        Defendants.              ORDER

_____/

        On May 22, 2009, plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 17, 2009, this case was ordered closed. On March 8, 2010, plaintiff filed a motion to proceed in forma pauperis. Because this matter is closed, plaintiff's motion is hereby denied as moot.

DATED: March 25, 2010.

                                                   UNITED STATES MAGISTRATE JUDGE

/014.bald1429.ifp